No. 73–5936. Jeffers v. Wainwright, Corrections Director; and

No. 73–6308. Hunter v. New York Department of Correctional Services et al. Motions for leave to file petitions for writs of habeas corpus denied.

No. 73–6119. Sayles v. Sirica, U. S. District Judge. Motion for leave to file petition for writ of mandamus denied.

No. 73–628. Allenberg Cotton Co., Inc. v. Pittman. Appeal from Sup. Ct. Miss. Further consideration of question of jurisdiction postponed to hearing of case on the merits.